1  SIDNEY J. COHEN, ESQ., State Bar No. 39023
   SIDNEY J. COHEN PROFESSIONAL CORPORATION
2  427 Grand Avenue
   Oakland, CA 94610
3  Telephone: (20) 893-6682
   Facsimile: (510) 893-9450
4
   Attorneys for Plaintiff
5  HOLLYNN DELIL

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8  HOLLYNN DELIL                    CASE NO.  C 07-04715 MHP
                                    Civil Rights
9       Plaintiff,

10 v.

11 TARASCO  ENTERPRISES,
   INC., dba  PUERTO              **CERTIFICATION OF INTERESTED**
12 VALLARTA RESTAURANT;           **PARTIES**
   H. MICHAEL RICHARDSON
13 AND ROBIN R.
   RICHARDSON, AS TRUSTEES
14 OF THE RICHARDSON
   FAMILY TRUST; and DOES 1-
15 25, Inclusive,

16      Defendants.
                                   /
17

18         Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of

19 this date, other than the named parties, there is no interest to report.

20 Dated: 9/11/07              SIDNEY J. COHEN
                              PROFESSIONAL CORPORATION
21

22                                /s/ Sidney J. Cohen
                             By _____
23
                                Sidney J. Cohen
24                              Attorney for Plaintiff

25

26

27

28

Certificate of Interested Parties              -1-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:

SIDNEY J. COHEN
PROFESSIONAL CORPORATION

By _____

    Sidney J. Cohen
    Attorney for Plaintiff

Certificate of Interested Parties

−2−