Daniel B. Beck, Esq. (SBN: 63865)
Mahsa Gholami, Esq. (SBN: 235634)
BECK LAW, P.C.
2681 Cleveland Avenue
Santa Rosa, California 95403
Telephone:  (707) 576-7175
Facsimile:   (707) 576-1878

Attorneys for Defendant,
TAEASCO ENTERPRISES, INC.,
dba PUERTO VALLARTA RESTURANT

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYNN DELIL,<br><br>Plaintiff,<br><br>v.<br><br>TARASCO ENTERPRISES, INC., dba PUERTO VALLARTA RESTAURANT; H. MICHAEL RICHARDSON AND ROBIN R. RICHARDSON, AS TRUSTEES OF THE RICHARDSON FAMILY TRUST; and DOES 1-25 Inclusive<br><br>Defendants. | Case No.:  C 07-04715 MHP<br><br>**STIPULATION TO GRANT EXTENSION TO FILE RESPONSE TO COMPLAINT**<br><br>**Complaint Filed: 9/13/07** |

Defendant TARASCO ENTERPRISES, INC., dba PUERTO VALLARTA RESTAURANT and Plaintiff HOLLYNN DELIL, through their attorneys of record, hereby stipulate to grant an extension of time for Defendant Tarasco Enterprises, Inc., dba Puerto Vallarta Restaurant, to respond to Plaintiff's Complaint filed on or about September 13, 2007.

////

The new date for Defendant Tarasco Enterprises, Inc., dba Puerto Vallarta Restaurant's response to Plaintiff's complaint will be November 16, 2007.

Dated: October 26, 2007

BECK LAW, P.C.

By: *[signature]*

Mahsa Gholami, Esq.
Attorney for Defendant Tarasco Enterprises, Inc.

SIDNEY J. COHEN, P.C.

Dated: October 25, 2007

By: *[signature]*

Sidney Cohen, Esq.
Attorney for Plaintiff