Daniel B. Beck, Esq. (SBN: 63865)
Mahsa Gholami, Esq. (SBN: 235634)
BECK LAW, P.C.
2681 Cleveland Avenue
Santa Rosa, California 95403
Telephone:   (707) 576-7175
Facsimile:    (707) 576-1878

Attorneys for Defendant,
Tarasco Enterprises, Inc., dba Puerto Vallarta
Restaurant, H. Michael Richardson and Robin R. Richardson,
As Trustees of the Richardson Family Trust

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYNN DELIL,<br><br>                Plaintiff,<br><br>v.<br><br>TARASCO ENTERPRISES, INC., dba PUERTO VALLARTA RESTAURANT; H. MICHAEL RICHARDSON AND ROBIN R. RICHARDSON, AS TRUSTEES OF THE RICHARDSON FAMILY TRUST; and DOES 1-25 Inclusive<br><br>                Defendants. | Case No.:   C 07-04715 MHP<br><br>**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS, LOCAL RULE 3-16**<br><br><br>**Complaint Filed: 9/13/07** |

Defendants TARASCO ENTERPRISES, INC., dba PUERTO VALLARTA RESTAURANT, H. MICHAEL RICHRDSON AND ROBIN R. RICHARDSON, AS TRUSTEES OF THE RICHARDSON FAMILY TRUST submit the following Certification of Interested Entities or Persons, pursuant to Local Rule 3-16:

1

*Delil v. Tarasco Enterprises, Inc., et al.* – C07-04715 MHP
Certification of Interested Entities or Persons, Local Rule 3-16

1  At this time, the undersigned certifies that the following entity may have an interest in the
2  subject matter in controversy: Trader Joe's may own a portion of the real property that is the
3  subject of this dispute.

Dated: November 29, 2007

BECK LAW, P.C.

By: _____
Mahsa Gholami, Esq.
Attorney for Defendants

2

*Delil v. Tarasco Enterprises, Inc., et al.* – C07-04715 MHP
Certification of Interested Entities or Persons, Local Rule 3-16

## PROOF OF SERVICE

CASE NAME: HOLLYNN DELIL V. TARASCO ENTERPRISES, INC., dba PUERTO VALLARTA RESTURANT

COURT and CASE NO.: DISTRICT COURT NORTHERN CALIFORNIA OF CALIFORNIA

DOCUMENT NAME: **DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSON, LOCAL RULE 3-16**

I declare as follows:

I am over the age of 18 years and not a party to the above-entitled action or proceeding; that my business name and address is: Beck Law, P.C., 2681 Cleveland Avenue, Santa Rosa, CA 95403. On **November 29, 2007**, I caused to be served said document on the following parties involved as follows:

**Sidney J. Cohen, Esq.**
**Sidney J. Cohen Professional Corporation**
**427 Grand Avenue**
**Oakland, CA 94610**

_XX_ BY MAIL: I caused each such envelope above, with postage thereon fully prepaid, to be placed in the United States mail at Santa Rosa, CA. (CCP §1013(a)(1)).

____ BY PERSONAL DELIVERY: I caused each such envelope to be delivered by hand to the offices of each addressee noted. (CCP §1010).

____ VIA FACSIMILE TRANSMISSION. (CCP §1013).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on **November 29, 2007**, in Santa Rosa, CA.

_/s/ Kimala Krchnavi_
Kimala Krchnavi