1  SIDNEY J. COHEN, ESQ., State Bar No. 39023
   SIDNEY J. COHEN PROFESSIONAL CORPORATION
2  427 Grand Avenue
   Oakland, CA 94610
3  Telephone: (20) 893-6682
   Facsimile:  (510) 893-9450
4
   Attorneys for Plaintiff
5  HOLLYNN DELIL

6              UNITED STATES DISTRICT COURT

7             NORTHERN DISTRICT OF CALIFORNIA

8  HOLLYNN DELIL                    CASE NO. C 07-04715 MHP
                                    <u>Civil Rights</u>
9       Plaintiff,

10 v.

11 TARASCO ENTERPRISES,
   INC., dba PUERTO                 **NOTICE OF NEED FOR MEDIATION**
12 VALLARTA RESTAURANT;             **(ADA ACCESS CASES)**
   H. MICHAEL RICHARDSON
13 AND ROBIN R.
   RICHARDSON, AS TRUSTEES
14 OF THE RICHARDSON
   FAMILY TRUST; and DOES 1-
15 25, Inclusive,

16      Defendants.
   _____/

17      Plaintiff reports that the parties tentatively agreed on remediation and that plaintiff has

18 provided defendants' counsel with a statement of damages claimed under California law , of

19 costs and attorney's fees incurred to date, and has made a demand for settlement of the case in

20 its entirety, all as required by paragraph 5 of General Order 56. The parties have not been able

21 to reach an agreement on plainitff's damages and fees. Moreover, based on plaintiff's demand

22 anddefendants' reply, it appears that the parties will not reach agreement without the assistance

23 of the mediation process.

24      Consequently, the matter should be referred to mediation and the ADR Department

25 should schedule a mediation as soon as possible in accordance with paragraph 6 of General

26 Order 56.

27 Dated: 12/23/07                          /s/ Sidney J. Cohen
                                            Attorney for Plaintifff
28

Notice of Need for Mediation            -1-