**UNITED STATES DISTRICT COURT**

**Northern District of California**

| | |
|---|---|
| Delil,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>Tarasco Enterprises, Inc.,<br><br>　　　　Defendant(s). | No. C 07-04715 MHP MED<br><br>**Certification of ADR Session** |

*Instructions*: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☑ Mediation or ☐ ENE session on (date) __2/28/08__

2. Did the case settle?　　☐ fully　　☐ partially　　☑ no

3. If the case did not settle fully, is any follow-up contemplated?
   ☑ another session scheduled for (date) __4/15/08 at 11:30am__
   ☐ phone discussions expected by (date) _____
   ☐ no

4. IS THIS ADR PROCESS COMPLETED?　　☐ YES　　☑ NO

Dated: __2/28/08__　　　　/s/ Robin W. Siefkin
　　　　　　　　　　　　　　**Mediator, Robin W. Siefkin**
　　　　　　　　　　　　　　US District Court - ADR Unit
　　　　　　　　　　　　　　450 Golden Gate Ave., 16th Fl.
　　　　　　　　　　　　　　San Francisco, CA 94102

**Certification of ADR Session**
07-04715 MHP MED