SIDNEY J. COHEN, ESQ., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (20) 893-6682
Facsimile: (510) 893-9450

Attorneys for Plaintiff
HOLLYNN DELIL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYNN DELIL<br><br>Plaintiff,<br><br>v.<br><br>TARASCO ENTERPRISES, INC., dba PUERTO VALLARTA RESTAURANT; H. MICHAEL RICHARDSON AND ROBIN R. RICHARDSON, AS TRUSTEES OF THE RICHARDSON FAMILY TRUST; and DOES 1-25, Inclusive,<br><br>Defendants. | CASE NO. C 07-04715 MHP<br><u>Civil Rights</u><br><br>**MOTION FOR ADMINISTRATIVE RELIEF FOR CASE MANAGEMENT CONFERENCE**<br><br>Pursuant to General Order 56, Paragraph 7 And Local Rule 7-11 |

     Plaintiff brought this action against defendants alleging violations of Title III of the Americans With Disabilities Act and related state statutes and regulations. Accordingly, this case is governed by the procedures of General Order 56.

     The parties have complied with the requirements of paragraphs 1 through 6 of General Order 56.

     On February 28, 2008, the parties held an all day mediation conducted by ADR program counsel Robin Siefkin, which resulted in a <u>Court enforceable settlement of the injunctive relief aspect of the case only</u> and a subsequent Stipulation by the parties and Order from the Court dismissing the injunctive relief aspect of the case only and retaining jurisdiction of the lawsuit.

Motion for Administrative Relief      -1-

1       On April 7, 2008 the parties held a mediation conducted by ADR
2  program counsel Robin Siefkin on the <u>damages and attorney's fees, litigation</u>
3  <u>expenses, and costs aspects</u> of the  lawsuit. The parties were not able to settle the
4  damages and attorney's fees, litigation expenses, and costs aspects of the lawsuit,
5  and they remain  the subject of continuing litigation between the parties.
6       Because the case has not fully resolved at mediation, Plaintiff files
7  this Motion For Administrative Relief requesting a Case Management
8  Conference pursuant to the requirement of paragraph 7 of General Order 56. In
9  this regard, I will be unavailable for a Case Management Conference on April 28,
10 2008 and  May 19 and 26, 2008 .
11 Date:  April 11, 2008                    SIDNEY J. COHEN
                                            PROFESSIONAL CORPORATION

13                                          /s/ Sidney J. Cohen
14                                          _____
                                            Sidney J. Cohen
                                            Attorney for  Plaintiff

Motion for Administrative Relief                -2-