**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYNN DELIL, | No. C 07-04715 MHP |
| Plaintiff(s), | **CLERK'S NOTICE** <br> **(Scheduling Case Management Conference)** |
| v. | |
| TARASCO ENTERPRISES, INC., | |
| Defendant(s). | |

This case is hereby scheduled for a case management conference on Monday, **June 23, 2008, at 3:00 p.m.** A Joint Case Management Statement is due ten days prior to the conference.

Richard W. Wieking
Clerk, U.S. District Court

Dated:  April 15, 2008

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140