# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Delil,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>Tarasco Enterprises, Inc.,<br><br>　　　　Defendant(s). | No. C 07-04715 MHP MED<br><br>**Certification of ADR Session** |

*Instructions*: **The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.**

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __April 7, 2008 (2nd session)__

2. Did the case settle?　☐ fully　☐ partially　☒ no

3. If the case did not settle fully, is any follow-up contemplated?

　　☐ another session scheduled for (date) _____

　　☒ phone discussions expected by (date) __Ongoing__

　　☐ no

4. **IS THIS ADR PROCESS COMPLETED?**　☐ YES　☒ NO

Dated: __4.22.08__　　　　__/s/ Robin W. Siefkin__
　　　　　　　　　　　　Mediator, Robin W. Siefkin
　　　　　　　　　　　　US District Court - ADR Program
　　　　　　　　　　　　450 Golden Gate Avenue, 16th Floor
　　　　　　　　　　　　San Francisco, CA 94102 3426

**Certification of ADR Session**
07-04715 MHP MED　　　　- 1 -