1   SIDNEY J. COHEN, ESQ., State Bar No. 39023
    SIDNEY J. COHEN PROFESSIONAL CORPORATION
2   427 Grand Avenue
    Oakland, CA 94610
3   Telephone: (510) 893-6682
    Facsimile: (510) 893-9450
4
    Attorneys for Plaintiff
5   HOLLYNN DELIL

6                  UNITED STATES DISTRICT COURT

7               NORTHERN DISTRICT OF CALIFORNIA

8   HOLLYNN DELIL                CASE NO. C 07-04715 MHP
                                 Civil Rights
9        Plaintiff,

10  v.

11  TARASCO ENTERPRISES,         **STIPULATION AND ORDER FOR**
    INC., dba PUERTO             **DISMISSAL OF THE DAMAGES**
12  VALLARTA RESTAURANT;         **ASPECT OF THE LAWSUIT ONLY**
    H. MICHAEL RICHARDSON
    AND ROBIN R.RICHARDSON,
13  AS TRUSTEES OF THE                FRCP 41(a)(1)(ii)
    RICHARDSON FAMILY
14  TRUST; and DOES 1-25,
    Inclusive,
15
         Defendants.
16  _____/

         Plaintiff and defendants, by and through their attorneys of record, file this

17  "Stipulation and Order For Dismissal Of The Damages Aspect Of The Lawsuit

18  Only" pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

19       Plaintiff filed this lawsuit on September 13, 2007.

20       Plaintiff and defendants have entered into a "Mutual Release And

21  Settlement Agreement For Damages Only" which settles the damages aspect of

22  the lawsuit against defendants. The "Mutual Release And Settlement Agreement

23  For Damages Only" is attached as Exhibit 1 and is incorporated by reference

24  herein as if set forth in full. Paragraph IIC of the "Mutual Release And

25  Settlement Agreement For Damages Only" states in part that "The Court shall

26  retain jurisdiction to enforce the terms of this Settlement Agreement....."

27       Plaintiff moves to dismiss with prejudice the damages aspect of the

28

    Stipulation And Order For Dismissal-Damages          -1-

1    lawsuit against defendants.

2        Defendants, who have answered the complaint, agree to the dismissal of

3    the damages aspect of the lawsuit with prejudice.

4        This case is not a class action, and no receiver has been appointed.

5        The attorney's fees, litigation expenses, and costs aspects of the lawsuit

6    have not been settled and are the subject of continuing litigation.

7        This Stipulation and Order may be signed in counterparts, and facsimile

8    signatures shall be as valid and binding as original signatures.

9        Wherefore, Plaintiff and Defendants, by and through their attorneys of

10   record, so stipulate.

11   Date: 5/12/08                          SIDNEY J. COHEN
                                            PROFESSIONAL CORPORATION
12
                                           /s/ Sidney J. Cohen
13   _____
14                                          Sidney J. Cohen
                                            Attorney for Plaintiff
15   Date:                                  BECK LAW, P.C.

16                                          /s/ Daniel B. Beck
17   _____
                                            Daniel B. Beck
                                            Attorney for All Defendants
18
19   **PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO
     ORDERED:**

20       The damages aspect of the lawsuit against defendants is dismissed with

21   prejudice. The Court shall retain jurisdiction to enforce the parties' "Mutual

22   Release And Settlement Agreement For Damages Only" and to render a decision

23   on any motion made to the Court for attorney's fees, litigation expenses, and

24   costs, which are the subject of continuing litigation.

25   Date:                             _____
26   _____
                                        Marilyn H. Patel
                                        United States District Judge
27

28

Stipulation And Order For Dismissal-Damages          -2-