**FILED**

MAY 21 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Delil,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>Tarasco Enterprises, Inc.,<br><br>　　　　Defendant(s). | No. C 07-04715 MHP MED<br><br>**Certification of ADR Session** |

_Instructions_: **The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.**

1. I hereby certify that the parties in this matter held a ☑ Mediation or ☐ ENE session on (date) 2/28/08, 4/7/08 + follow-up phone calls.

2. Did the case settle?  ☐ fully    ☑ partially    ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☑ phone discussions expected by (date) 5/22/08

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**    ☐ YES  ☑ NO

Dated: 5/21/08            _____
　　　　　　　　　　　　　Mediator, Robin W. Siefkin
　　　　　　　　　　　　　US District Court - ADR Program
　　　　　　　　　　　　　450 Golden Gate Avenue, 16th Floor
　　　　　　　　　　　　　San Francisco, CA 94102 3426

Certification of ADR Session
07-04715 MHP MED                    - 1 -