SIDNEY J. COHEN, ESQ., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682
Facsimile: (510) 893-9450

Attorneys for Plaintiff
HOLLYNN DELIL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYNN DELIL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TARASCO ENTERPRISES, INC., dba PUERTO VALLARTA RESTAURANT; H. MICHAEL RICHARDSON AND ROBIN R. RICHARDSON, AS TRUSTEES OF THE RICHARDSON FAMILY TRUST; and DOES 1-25, Inclusive,<br><br>　　　　Defendants.<br>_____ | CASE NO. C 07-04715 MHP<br><u>Civil Rights</u><br><br>**STIPULATION AND ORDER FOR DISMISSAL OF THE ATTORNEY'S FEES, LITIGATION EXPENSES, AND COSTS ASPECT OF THE LAWSUIT**<br><br>FRCP 41(a)(1)(ii) |

Plaintiff and defendants, by and through their attorneys of record, file this "Stipulation and Order For Dismissal Of The Attorney's Fees, Litigation Expenses, And Cost Aspect Of The Lawsuit" pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

Plaintiff filed this lawsuit on September 13, 2007.

Plaintiff and defendants have entered into a "Mutual Release And Settlement Agreement For Attorney's Fees, Litigation Expenses, And Costs" which settles the attorney's fees, litigation expenses, and costs aspect of the lawsuit against defendants. The "Mutual Release And Settlement Agreement For Attorney's Fees, Litigation Expenses, And Costs" is attached as Exhibit 1 and is incorporated by reference herein as if set forth in full. Paragraph IIC of the "Mutual Release And Settlement Agreement For Attorney's Fees, Litigation

Stipulation And Order For Dismissal-Damages　　　　-1-

Expenses, And Costs " states in part that "The Court shall retain jurisdiction to enforce the terms of this Settlement Agreement....."

Plaintiff moves to dismiss with prejudice the attorney's fees, litigation expenses, and costs aspect of the lawsuit against defendants.

Defendants, who have answered the complaint, agree to the dismissal of the attorney's fees, litigation expenses, and costs aspect of the lawsuit with prejudice.

This case is not a class action, and no receiver has been appointed.

This Stipulation and Order may be signed in counterparts, and facsimile signatures shall be as valid and binding as original signatures.

Wherefore, Plaintiff and Defendants, by and through their attorneys of record, so stipulate.

Date: 5/28/08

SIDNEY J. COHEN
PROFESSIONAL CORPORATION

/s/ Sidney J. Cohen

---
Sidney J. Cohen
Attorney for Plaintiff

Date:

BECK LAW, P.C.

/s/ Daniel B. Beck

---
Daniel B. Beck
Attorney for All Defendants

**PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:**

The attorney's fees, litigations expenses, and costs aspect of the lawsuit against defendants is dismissed with prejudice. The Court shall retain jurisdiction to enforce the parties' "Mutual Release And Settlement Agreement For Attorney's Fees, Litigation Expenses, And Costs."

Date:

---
Marilyn H. Patel
United States District Judge

Stipulation And Order For Dismissal-Damages                -2-