```
                                        FILED
                                        MAY 29 2008
                                        RICHARD W. WIEKING
                                        CLERK, U.S. DISTRICT COURT
                                        NORTHERN DISTRICT OF CALIFORNIA

                                        E-filing
```

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Delil,  | No. C 07-04715 MHP MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Tarasco Enterprises, Inc., | |
| Defendant(s). | |

**Instructions:** *The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☑ Mediation or ☐ ENE session on (date) 2/28/08, 4/7/08 + follow-up phone calls.

2. Did the case settle? ☑ fully    ☐ partially    ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☑ YES ☐ NO

Dated: 5/29/08          _____
                        Mediator, Robin W. Siefkin
                        US District Court - ADR Program
                        450 Golden Gate Avenue, 16th Floor
                        San Francisco, CA 94102 3426